# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*.,<br><br>Plaintiff,<br><br>vs.<br><br>LHOIST NORTH AMERICA OF ALABAMA LLC,<br><br>Defendant. | Adv. Proc. No. 21-50213 (KBO) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 28th day of May, 2021, I caused a copy of the following to be served on the parties on the attached service list in the manner indicated.

**[Signed] Order Approving Third Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint [Adv. Docket No. 9]**

Dated: June 1, 2021                                PACHULSKI STANG ZIEHL & JONES LLP

  */s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  pkeane@pszjlaw.com

*Counsel for George L. Miller, Chapter 7 Trustee*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

Adv Service List

**VIA ELECTRONIC MAIL**
KELLY HART & HALLMAN LLP
Nancy Ribaudo
Katherine T. Hopkins
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Email:nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com
*Counsel to Defendant*